UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIE T. SMITH, | ) | 3:15-cv-00373-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | October 2, 2017 |
| RENEE BAKER, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN    REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Motion for Order Compelling Discovery (ECF No. 16). Defendant Nevada Department of Corrections (NDOC) has opposed the motion (ECF No. 17).

Plaintiff requests the NDOC to "answer fully Interrogatory No. 2." Plaintiff states "Defendants [are] sending Plaintiff mixed 'Answers' by offering Correctional Officer Brea Finch as the sole mail room officer working on January 27, 2014, but that it was unknown whether she processed mail belonging to the Plaintiff . . . ." (*Id.* at 2.) Defendant NDOC states it provided Plaintiff with the name and title of the only mailroom worker at Ely State Prison on the date in question. (ECF No. 17 at 2, 3.)

The court finds NDOC's response to Plaintiff's Interrogatory No. 2 was accurate and complete for the purposes of the limited discovery.

Plaintiff's Motion for Order Compelling Discovery (ECF No. 16) is **DENIED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:    /s/
       Deputy Clerk