UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIE T. SMITH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RENEE BAKER, *et al.*,<br>　　　　　Defendants. | Case No.: 3:15-CV-00373-RCJ-WGC<br><br>ORDER |

Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 63[1]) entered on December 19, 2018, recommending that the Court dismiss defendant Amos Lofing and Plaintiff's motion for summary judgment (ECF No. 43) be denied and Waggener's motion for summary judgment (ECF No. 55) be granted. No objection to the Report and Recommendation has been filed.

This action was referred to Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

///

---

[1] Refers to Court's docket number.

1

IT IS HEREBY ORDERED that Magistrate Judge's Report and Recommendation (ECF No. 63) entered on December 19, 2018, is ADOPTED and ACCEPTED.

IT IS FURTHER ORDERED that Defendant AMOS LOFING is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment (ECF No. 43) is DENIED.

IT IS FURTHER ORDERED that Defendant Waggener's Motion for Summary Judgment (ECF No. 55) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

IT IS SO ORDERED.

Dated this 15th day of January, 2019.

_____
ROBERT C. JONES
Senior District Judge